AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Kevin & Jeimy Flournoy

*Plaintiff(s)*

v.   Civil Action No. 19-cv-00407

Rushmore Loan Management Services, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Bank National Association, As Trustee For The RMAC Trust, Series 2016-CTT
Serve On:
CSC-Lawyers Incorporating Service Company, 7 St. Paul Street, Suite 820 Baltimore, MD 21202

The Corporation Trust, Inc., 2405 York Road, Suite 201, Lutherville-Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ingmar Goldson
The Goldson Law Office
1734 Elton Road, Suite 210
Silver Spring, MD 20903
240-780-8829

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/12/2019

*Signature of Clerk or Deputy Clerk*