IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN AND JEIMY FLOURNOY, and TINAEE D. CROWDER, on their own behalf and on behalf of three classes of similarly situated persons, *Plaintiffs*, v. RUSHMORE LOAN MANAGEMENT SERVICES LLC, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RMAC TRUST, SERIES 2016-CTT, and MTGLQ INVESTORS, LP, *Defendants*. | No. 8:19-CV-00407-PX |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Rushmore Loan Management Services LLC; U.S. Bank National Association, as Trustee for the RMAC Trust, Series 2016-CTT; and MTGLQ Investors, LP, by counsel, respectfully request that this Court dismiss the First Amended Class Action Complaint (ECF No. 11) filed by Plaintiffs Kevin and Jeimy Flournoy and Tinaee D. Crowder, on their own behalf and on behalf of three classes of similarly situated persons. The reasons in support of this Motion are stated more thoroughly in the accompanying Memorandum in Support.

June 14, 2019

Respectfully submitted,

**RUSHMORE LOAN MANAGEMENT SERVICES LLC; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RMAC TRUST, SERIES 2016-CTT; and MTGLQ INVESTORS, LP,**

/s/ John C. Lynch

2

        John C. Lynch (Md. Bar No. 12963)
        TROUTMAN SANDERS LLP
        222 Central Park Avenue, Suite 2000
        Virginia Beach, Virginia 23462
        Telephone: (757) 687-7765
        Facsimile: (757) 687-1504
        E-mail: john.lynch@troutman.com

*Counsel for Defendants*